NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICIA CAUDLE,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2014-8001

---

Petition for review of a decision of the Bureau of Justice Assistance in PSOB Claim No. 2009-038.

---

**ON MOTION**

---

**O R D E R**

Patricia Caudle moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                        CAUDLE v. DOJ

                                         FOR THE COURT

                                         /s/ Daniel E. O'Toole
                                         Daniel E. O'Toole
                                         Clerk of Court

s24